**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT O. COLVIN, III,<br>        Plaintiff,<br>   v.<br>UNITED STATES POSTAL SERVICE,<br>        Defendants. | Case No. EDCV 13-00686-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 25, 2013

                                     VIRGINIA A. PHILLIPS
                                     United States District Judge